IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGAPORE AIRLINES LIMITED,<br><br>    Defendant.<br>_____/ | No. C-06-1801 MMC<br><br>**ORDER DIRECTING PLAINTIFF'S COUNSEL TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On May 24, 2006, counsel for plaintiff Marilyn M. Verzonilla electronically a motion to withdraw as counsel.  Counsel has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Counsel is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document.  If counsel fails to do so, the motion will be stricken.

    **IT IS SO ORDERED.**

Dated: June 2, 2006

                                                           MAXINE M. CHESNEY<br>
                                                           United States District Judge