IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGAPORE AIRLINES LIMITED,<br><br>    Defendant.<br>_____/ | No. C-06-1801 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

    On May 24, 2006, counsel for plaintiff Marilyn M. Verzonilla electronically filed a motion to withdraw as counsel. In light of the pendency of that motion, the case management conference scheduled for June 9, 2006 is hereby CONTINUED to August 11, 2006 at 10:30 a.m. A joint case management statement shall be filed no later than August 4, 2006. If the Court grants counsel's motion to withdraw, plaintiff shall attend the August 11, 2006 case management conference in person unless she has obtained new counsel by that date.

    In light of the instant order, defendant's request to appear by telephone at the June 9, 2006 case management conference is DENIED as moot.

**IT IS SO ORDERED.**

Dated: June 5, 2006

                                                  MAXINE M. CHESNEY
                                                  United States District Judge