IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGAPORE AIRLINES LIMITED,<br><br>    Defendant.<br>_____/ | No. C-06-1801 MMC<br><br>**ORDER DENYING SUBSTITUTION OF COUNSEL WITHOUT PREJUDICE** |

    Before the Court is the Notice of Substitution of Attorneys, filed June 9, 2006, by Shane A. Reed ("Reed"), current counsel for plaintiff Marilyn M. Verzonilla ("Verzonilla"). Because the document is signed only by Reed, and is not signed by Verzonilla or her proposed new counsel, the substitution of counsel is hereby DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: June 12, 2006

                                          MAXINE M. CHESNEY
                                          United States District Judge