IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SINGAPORE AIRLINES LIMITED,<br><br>　　　　Defendant.<br>_____/ | No. C-06-1801 MMC<br><br>**ORDER RE: MOTION TO WITHDRAW** |

　　　Before the Court is Shane A. Reed's ("Reed") motion, filed May 24, 2006, to withdraw as counsel for plaintiff Marilyn M. Verzonilla. Reed did not notice the motion for hearing, as required by the Civil Local Rules of this District. See Civil L.R. 7-2(a). Instead, Reed filed a notice of substitution of counsel, which, for reasons set forth in a separate order filed concurrently herewith, has been denied without prejudice.

　　　If Reed wishes to pursue the motion to withdraw, Reed must notice the motion for hearing, pursuant to Civil Local Rule 7-2(a). If such notice is not filed by June 19, 2006, the Court will deem the motion withdrawn.

　　　**IT IS SO ORDERED.**

Dated: June 12, 2006

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge