1  SHANE A. REED (CSB# 158382)
   LAW OFFICES OF REED & ASSOCIATES
2  P.O. Box 452
   Jacksonville, OR 97530
3  Telephone: (541) 899-1085
   Facsimile: (541) 899-1126
4

5  Counsel for Plaintiff, MARILYN M. VERZONILLA

6                    THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  MARILYN M. VERZONILLA,           )   Case No.  C 06 1801 MMC
                                    )
9         Plaintiff,                )   **NOTICE OF SUBSTITUTION
                                    )   OF ATTORNEYS** ; ORDER THEREON
10                                  )
   vs.                              )
11                                  )
                                    )
12 SINGAPORE AIRLINES LIMITED,      )
   aka SINGAPORE AIRLINES CARGO     )
13 PTE LTD, aka SINGAPORE AIRLINES, )
   and DOES 1-25,                   )
14                                  )
          Defendant(s).              )
15 _____  )

16        NOTICE IS HEREBY GIVEN that Shane A. Reed, P.O. Box 452, Jacksonville, OR 97530, is

17 no longer representing plaintiff in this matter, and that Frank Liuzzi of Liuzzi, Murphy & Solomon,

18 Attorneys at Law, 101 Montgomery Street, 27th Floor, San Francisco, CA 94104, telephone: (415)

19 543-5050, fax: (415) 543-3550, is now substituted as attorney of record for plaintiff.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

Page - 1       NOTICE OF SUBSTITUTION OF ATTORNEYS

1  It is requested that all subsequent court notices, pleadings and correspondence addressed to
2  the plaintiff regarding this matter be directed to Frank Liuzzi.

3  DATED this 10th day of ~~June~~ July, 2006.

             LAW OFFICES OF REED & ASSOCIATES

             By: _____
                 Shane A. Reed, CSB #158382
                 Attorney for Plaintiff

             * * * * * * * * * * * * * * * * * * *

10 DATED this 19th day of June, 2006.

             LAW OFFICES OF LIUZZI, MURPHY & SOLOMON

             By: _____
                 Frank Liuzzi, CSB # 158226
                 Attorney for Plaintiff

             * * * * * * * * * * * * * * * * * * *

16 DATED this 28th day of June, 2006.

             By: _____
                 Marilyn M. Verzonilla
                 Plaintiff

21  IT IS SO ORDERED.  The July 28, 2006 hearing on the motion to withdraw is hereby
22 VACATED, and the motion to withdraw is DENIED as moot.

23 Dated: July 11, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page - 2    NOTICE OF SUBSTITUTION OF ATTORNEYS

Law Offices of Reed & Associates
200 E. "C" Street, P O Box 452
Jacksonville, OR 97530
(541) 899-1085 - (541) 899-1126 FAX