Rod D. Margo (State Bar No.: 97706)
Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>Plaintiff,<br><br>vs.<br><br>SINGAPORE AIRLINES LIMITED, aka SINGAPORE AIRLINES CARGO PTE LTD, aka SINGAPORE AIRLINES, and DOES 1-25,<br><br>Defendants. | Case No. C 06 1801 MMC<br><br>**REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL FOR SINGAPORE AIRLINES, LTD. TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 16-10, defendant Singapore Airlines, Ltd. ("SIA"), by its attorneys, Condon & Forsyth LLP, respectfully requests that the Court permit counsel for SIA, located in Los Angeles, to appear telephonically at the case management conference currently scheduled to be conducted on August 11, 2006, at 10:30 a.m.

Dated: August 2, 2006

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
SCOTT D. CUNNINGHAM
Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

1

## [PROPOSED] ORDER

2   IT IS HEREBY ORDERED that ~~counsel for Singapore Airlines, Ltd.~~ all counsel shall

3   ~~be permitted to~~ appear telephonically at the case management conference

4   scheduled for August 11, 2006 at 10:30 a.m.

5

6   Dated: August __3__, 2006

*[signature]*

7   Hon. Maxine M. Chesney
Untied States District Court Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL
FOR SIA TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE
CASE NO.: C 06 1801 MMC