IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN VERZONILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGAPORE AIRLINES LIMITED aka SINGAPORE AIRLINES CARGO PTE LTD aka SINGAPORE AIRLINES,<br><br>    Defendant.<br>_____ / | No. C-06-1801 MMC<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised that the parties have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 2, 2007

                                        MAXINE M. CHESNEY
                                        United States District Judge