Rod D. Margo (State Bar No.: 97706)
Scott D. Cunningham (State Bar No.: 200413)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN M. VERZONILLA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SINGAPORE AIRLINES LIMITED, aka SINGAPORE AIRLINES CARGO PTE LTD, aka SINGAPORE AIRLINES, and DOES 1-25,<br><br>   Defendants. | Case No. C 06 1801 MMC<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER** |

Plaintiff Marilyn M. Verzonilla and defendant Singapore Airlines, Ltd., hereby request that the above referenced action be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1); with all parties to bear their own costs.

Dated: ~~February~~ MARCH 9, 2007

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
SCOTT D. CUNNINGHAM
Attorneys for Defendant
SINGAPORE AIRLINES, LTD.

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: C 06 1801 MMC

| | |
|---|---|
| Dated: ~~February~~ 5, 2007<br>March | LIUZZI, MURPHY & SOLOMON LLP<br><br>By: _____<br>FRANK C. LIUZZI<br>MARTIN D. MURPHY<br>Attorneys for Plaintiff<br>MARILYN M. VERZONILLA |

### [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that Case No. C 06 1801 MMC, is hereby dismissed with prejudice in its entirety.

DATED: __May 14__, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: C 06 1801 MMC